No. 48095.—Protests 4754–K, etc., of Eclipse Import Corp. et al. (New York).

Opinion by OLIVER, P. J. Following Abstract 47474 and in accordance with stipulation of counsel that the articles are in chief value of metal the claim at 45 percent under paragraph 397 was sustained.